EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José A. de la Texera Barnes<br>José G. Marrero Luna | 2005 TSPR 159___<br><br>165 DPR ____ |

Número del Caso: CP-1995-15

Fecha: 28 de octubre de 2005

Abogado del Peticionario:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

CP-1995-15

José A. De la Texera Barnés y
José G. Marrero Luna

RESOLUCIÓN

San Juan, Puerto Rico, a 28 de octubre de 2005.

Examinada la "Moción Solicitando Reinstalación", se ordena a la Oficina de Inspección de Notarías que le haga entrega del sello y la obra notarial al señor José A. De la Texera Barnés.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo